IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-30681

_____

In re: JASON JARREL SPIKES,

      Movant

A True Copy
Certified order issued Oct 31, 2019

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of August 22, 2019.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Majella A. Sutton, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT