UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JASON JARRELL SPIKES**  **CIVIL ACTION**

 NO.   18-08884

 *consolidated with*

**VERSUS**

 NOS.   18-09422
   18-10470
   18-13668

**STATE OF LOUISIANA, ET AL.**  SECTION: "I"(3)

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Jason Jarrell Spikes, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that petitioner's "Plea to Release," Rec. Doc. 74, is **DISMISSED**.

New Orleans, Louisiana, this 30th day of June, 2020.

 **LANCE M. AFRICK**
 **UNITED STATES DISTRICT JUDGE**