UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | **CIVIL ACTION** |
| | NO. 18-08884 |
| | *consolidated with* |
| **VERSUS** | NOS. 18-09422 |
| | 18-10470 |
| | 18-13668 |
| **STATE OF LOUISIANA, ET AL.** | SECTION: "I"(3) |

# O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections by plaintiff, Jason Jarrell Spikes, which are hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that petitioner's Rule 60(b) motion, Rec. Doc. 79, is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion to produce documents, Rec. Doc. 83, is **DENIED**.

New Orleans, Louisiana, this 12th day of August, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**