UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **No. 18-8884** |
| **LOUISIANA STATE ET AL.** | **SECTION I** |

## ORDER

The Court is in receipt of yet another motion[1] by petitioner Jason Jarrell Spikes seeking relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Although difficult to decipher, the motion appears substantively similar to petitioner's 60(b) motion[2] which this Court denied on August 12, 2020. Upon consideration,

**IT IS ORDERED** that petitioner's motion[3] for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b) is **DENIED**.

New Orleans, Louisiana, August 21, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 88.
[2] R. Doc. No. 79.
[3] R. Doc. No. 88.