Case 2:18-cv-08884-LMA Document 111 Filed 09/01/22 Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED Sep 01 2022

CAROL L. MICHEL
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason J. Spikes      Civil Action
Versus      No. 18-08884
Louisiana      Section: I

## Motion For Human Liberty

On 8-12-2022 this Court vacated my sentence stating:

Judgment: The Court, having considered the petition, the record, the applicable law and petitioner's objects, and for the written reasons assigned: It Is Ordered, Adjudged, and Decreed that petitioner's 79 Rule 60(b) motion is Denied.

On the same date Certificate of Appealability was passed. A certificate of appealability is not required when a state or its representative or the United States or its representative appeals.

15:572.8 I. Any petitioner claiming compensation in accordance with this Section based on a disposition enumerated in Paragraph (A)(1) of this Section that occurs on or after September 1, 2005, shall file a petition within two years from the date on which the conviction was reversed or vacated.

Aug. 13 Court received petition
Aug. 14 two years to a disposition

Aug. 17 two years start counting
Aug. 22 two years end
Aug 29 disposition date = 2022

It's August 29, 2022 they brought me too court and threatened me about the 3x Att. Murders and P.W.P.D Cocaine. # 14-CR8-126847. Which I filed a 2241 Writ of Habeas Corpus See Jason J. Spikes versus Luke Lancaster No. 22-cv-0741, 22-cv-0811, 22-cv-0812, 22-cv-0814, 22-cv-0917, 22-cv-0920.

### Relief Requested

For The United States District Court Eastern District of Louisiana too step in and release me from prison.

8-29-2022                                                                                          Jason Spikes

### Certificate of Service

I hereby certify that I have served a copy of this document on all counsel fo record either in person or by mailing it postage prepaid on this _29th_ day of _August_, 2022

Jason Spikes





Signature Should Match Kept It Not Tampered W/H