## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**JASON JARRELL SPIKES**                                          **CIVIL ACTION**

**VERSUS**                                                        **No. 18-08884**
**c/w**
**Nos. 18-09422**
**18-10470**
**18-13668**

**REF: No. 18-08884**

**LOUISIANA STATE, ET AL.**                                       **SECTION I**

## <u>ORDER</u>

Before the Court is another motion[1] by Jason Jarrell Spikes ("Spikes") "for human liberty." Spikes is currently serving a prison sentence imposed after a conviction in state court.[2] The motion states that "this Court [has] vacated [Spikes'] sentence"[3] and quotes language that appears in an August 12, 2020 order that denied Spikes' previous motion made pursuant to Federal Rule of Civil Procedure 60(b).[4] The motion goes on to reference a Louisiana statute which provides that "[a] petitioner is entitled to compensation" if he serves a sentence of imprisonment for a crime for which his conviction "has been reversed or vacated." La. Stat. Ann. § 15:572.8(A)(1).

---

[1] R. Doc. No. 111.

[2] R. Doc. No. 1, at 1.

[3] R. Doc. No. 111, at 1.

[4] *Id.* (quoting R. Doc. No. 85). The instant motion states that the previous order was issued on August 12, 2022. No order was issued in this case on that date, and the quoted language appears in the August 12, 2020 order. The Court therefore assumes that Spikes intended to reference the 2020 order.

The motion also references a separate habeas corpus action filed by Spikes currently pending in another section of this court.[5]

Though the motion is not entirely clear, the Court understands Spikes to seek relief pursuant to the Louisiana statute referenced above. This Court does not have jurisdiction to consider that request, because Spikes was convicted in state court. *See id.* § 15:572.8(C) (requiring that petitions for compensation for wrongful conviction or imprisonment "be filed in the district court in which the original conviction was obtained"). Further, contrary to Spikes' assertion, this Court has not vacated Spikes' criminal conviction, and he therefore does not appear to be eligible for relief under the cited statute. The motion states no other grounds on which any relief can be granted. Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, September 6, 2022.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[5] *Id.* at 2 (referencing E.D. La. Case No. 22-0741, consolidated with Nos. 22-811, 22-812, 22-814, 22-917, and 22-920).