U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Jan 12 2023

CAROL L. MICHEL
CLERK

AJ                                    Mail

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason Jarrell Spikes

versus

Louisiana

Civil Action

No. 18-08884

Section: "I" (3)

## Motion For Human Liberty

I filed a 2254 Writ of Habeas Corpus Pro-Se, but the 22ND District Court of Washington Parish, LA, have hired a lawyer for me name James Mecca. He keep bring up some charges that is way out of statue of limitation which are 3 A.H. Murders and a P.W.I.D Cocaine DA# No. 14-CR6-126847 in the 22ND JDC and Civil Action No. 22-741 in the Eastern District of Louisiana. James Mecca is retaliating for a successful 2254 Writ of Habeas Corpus for the 22ND JDC. He is trying to get me to plea out to the Incident demand that will shutdown my principal demand, so I want be able to file a new lawsuit in this Court.

### Relief Requested

Stop letting the 22ND JDC deprived me out of my rights, and let me represent myself like it is on record.

*Jason Spikes*

### Certificate of Service

I hereby certify that I have served a copy of this document on all counsel for either in person or by mailing it Postage on this 10 day of January, 2023

TENDERED FOR FILING

JAN 12 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Darren J. Spikes 537025
R.C.C.
27268 Hwy. 21
Angie, LA 70426

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130

NEW ORLEANS LA 700
11 JAN 2023 PM 2 L

ZIP 70426
02 4W
0000374756 JAN

US POSTAGE ~ PITNEY BOWES
$ 000.57°
2023

NOT CENSORED
Not Responsible for Contents

JAN 11 2023

Rayburn Correctional Center



Signature Should Match
'Tape'
If Not
TAMPERED WITH