UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | CIVIL ACTION |
| VERSUS | No. 18-08884 |
| | c/w |
| | Nos. 18-09422 |
| | 18-10470 |
| | 18-13668 |
| | REF: No. 18-08884 |
| **LOUISIANA STATE, ET AL.** | SECTION I |

## ORDER

Before the Court is another motion[1] by Jason Jarrell Spikes ("Spikes") "for human liberty." The motion states that "the 22nd District Court of Washington Parish, LA, have hired a lawyer . . . [who] keep[s] bring[ing] up some charges that [are] way out of [statute] of limitation."[2] Spikes requests that this Court "[s]top letting the 22nd JDC deprive[ ] me out of my rights, and let me represent myself like it is on record."[3]

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, January 24, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 113.
[2] R. Doc. No. 113, at 1.
[3] *Id*.