1.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason Jarrell Spikes

versus

Louisiana

Civil Action
No. 18-08884

## Motion For Human Liberty

On March 27, 2023 I was writing a letter in the dorm. So, I felt somebody behind me it was Lt. Adams. She said gives your hand, so I did wt what she said. So, she told me too go by the telephone why she shack down my locker. So, I told her to be careful, because I got some important legal work in there. Then she threw my locker down took the envelopes and dumped them on the ground and step on a toothpaste that I didn't have a top on it. So, toothpaste went onto respecter all of my legal work. As I wa walking to the telephone she said yea, we know you about to get out and file your lawsuit to get most of us fired. Yea, we have a trick for that, your going to be dead by summer.

Every since I got here I've been oppressed by almost everybody at this facility. I have filed A.R.P.'s starting I've filed a Writ of Habeas Corpus and my state application was granted. They still denied the truth and kept me locked up. I even took these A.R.P.'s to the 19TH JDC. I've been jumped on two times even had my jaw broke while I was in cuffs. They cut my hair two times by tying me up too a chair and forcing me too go against my religion.

2.

I'm trying to hold off until the state's appeal time is over, but I don't think I can make it. There paying other inmates to sebees cheat to me. Lt. Wallace and Sgt. Bown Lond Spears, a family member of Tammy Spears 22ND Deputy Clerk of Court keep threatening me about I'm going to die immediately when I get out. So, I can't take their jobs from depriving me out of my rights. I'm too the point of committing suicide if this Court don't do nothing to help me. I didn't do the crime that I'm in prison for. I don't know what too do. My mother has died and I don't know nobody from the outside to help me. I just don't know.

Relief Requested
For this Court to do anything it can to help me
3-27-2023
Jason Jenkins

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel for either in person or by mailing it postage pre paid on this 27 day of March, 2023

Jason J. Spikes
537025
R.C.C.
27268 Hwy. 21 N
Angie, LA 70426

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70130
70130-33999

Signature Should Match Tape
If Not
TAMPERED WITH
by Yasiel

NEW ORLEANS LA 700
28 MAR 2023 PM 2 L

NOT CENSORED
Not Responsible for Contents
RAYBURN CORRECTIONAL CENTER
MAR 28 2023

US POSTAGE ~ PITNEY BOWES
ZIP 70426
02 4W
0000374756 MAR 28 2023
$ 000.60⁰