UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | CIVIL ACTION |
| **VERSUS** | No. 18-08884<br>c/w<br>Nos. 18-09422<br>18-10470<br>18-13668 |
| | REF: No. 18-08884 |
| **LOUISIANA STATE, ET AL.** | SECTION I |

### ORDER

Before the Court is plaintiff Jason Jarrell Spikes' ("Spikes") sixth "motion for human liberty."[1] Though the motion is difficult to parse, Spikes appears to allege that he is being mistreated while incarcerated. Spikes asks that the Court "do anything it can to help" him.[2] The Court can identify no authority for this request. If Spikes desires to file a lawsuit regarding the conditions of his incarceration, he may do so in proper form. Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, April 5, 2023.

   _____
   **LANCE M. AFRICK**
   **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 115. Spikes has previously filed five similar motions, all of which the Court has denied. R. Doc. Nos. 100, 105, 107, 111, 113.
[2] R. Doc. No. 115, at 2.