Case 2:18-cv-08884-LMA   Document 117   Filed 04/10/23   Page 1 of 5

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Apr 10 2023

CAROL L. MICHEL
CLERK

AJ                    Mail

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

Jason J. Spikes                     Civil Action
vs.                                 No. 18-08884
Louisiana                           Section

## Motion For Human Liberty

On 3-30-2023 I was lockdown for a rule violation. When I got to their Sgt. Dillon Tircs was waiting on the key. He said look who it is. You didn't learn a lesson from me breaking your jaw. Kneel down to me Sr. It was the same people that I wrote about in that last motion about threatened my life. They was doing the same thing they been doing by threatening me. Sgt. Charles A. Creel took both of his hands and slap me in back on head and in my face and pulled me on my feet. Then they sat around to come up with an excuse for using force but they made conflicting statements. I'm sending you the documents to review yourself. They found me guilty and put me in lockdown breaking my Due Process.

Relief Requested
For the Court to do anything to help me.

3-30-2023                              Jason Spikes

2.

Certificate of Services

I certify that I have served this document on all parties in person or postage on this 30th day of March 2023

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT
### INSTITUTION: RCC

| 1. Name of Offender (First Name) (Last Name) | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| JASON SPIKES | 537025 | 03/30/2023 | Approx. 07:35 AM |

| 5. Place of Incident | 6. Job Assignment (Offender) | 7. Housing Assignment (Offender) |
|---|---|---|
| SUN LOBBY | FARMWKR/GRNHOUSE (Field Crew 11) | SUN4R |

| 8. Rule Violated | 9. Rule Number |
|---|---|
| DEFIANCE, AGGRAVATED DISOBEDIENCE, , , | 3, 5, , |

**10. Description of Incident (Include all relevant information):**

On March 30, 2023 at approximately 07:35 AM, I M.Sgt. Charles Creel received Inmate Jason Spikes DOC # 537025 from Lt. L. Wallace, due to him being placed in INV/SEG, due to a previous rule violation. Once at Sun Key front door, Inmate Spikes was ordered to kneel to give Key Sgt. Tynes his information. Once Key Sgt. Tynes was done receiving his information, Inmate Spikes was given orders to stand to which he did not comply. Due to his noncompliant behavior, I M.Sgt. Charles Creel applied pressure to Inmate Spikes Infraorbital Nerve Motor Point while giving loud clear direct verbal orders to stand. Once Inmate Spikes complied with orders, all pressure was relieved. Inmate Spikes and Myself both were seen by Nurse J. Thomas for a Post Use of Force Exam. A DVR Request was submitted to save footage. Lt. M. McGehee, Captain L. Weary and Assistant Warden K. Luper were notified.

**11. Offender Placed in Adm/Seg.**  ○ Yes  ● No

**12. Signature of reporting employee**

**13. Name, Title, Assignment:** Creel, Charles, A

| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |
|---|---|---|---|
| 03/30/2023 | 11:33 AM | | |

**18. Plea by Offender:** ☐ Not Guilty  ☐ Guilty    **19. Rule / Verdict** ☐ Not Guilty  ☐ Guilty

**20. Date of Hearing:**    **21. Counsel Substitute (Name & DOC Number)**

**22. Motions:**

**23. Reasons for Disposition:**
- ☐ Report is Clear and Precise
- ☐ Officer's version is determined to be more credible than inmate's
- ☐ Only defense is denying the contents of report
- ☐ The investigative officer's testimony was deemed more truthful and accurate that the inmate's
- ☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue
- ☐ Other

- ☐ Lack of credible defense/Belied by the Statement
- ☐ Pled guilty/Accepted guilty plea
- ☐ Inmate presented no evidence to refute the charges
- ☐ Plea bargain

**24. Reasons for Sentence**
- ☐ Seriousness of Offense
- ☐ Poor conduct record
- ☐ The need to protect the institution employees or other
- A total of ___ Rule Violation(s). A total of ___ schedule B violations since ___
- A total of ___ # ___ rule violations since ___
- ☐ Other

**25. Sentence**    **26. Sentence** ☐ Suspended ___ Days
☐ Suspended             ☐ Imposed
☐ Imposed
___ Days

**27. DISCIPLINARY BOARD:** After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept. Reg. No. B-05-003 "Imposition of Restitution."

**Chairman** (Disciplinary Officer)                **Member**

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## DISCIPLINARY REPORT
### INSTITUTION: RCC

| 1. Name of Offender (First Name) (Last Name) JASON SPIKES | 2. Number 537025 | 3. Date of Incident 03/30/2023 | 4. Time of Incident Approx. 07:35 AM |
|---|---|---|---|
| 5. Place of Incident SUN LOBBY | 6. Job Assignment (Offender) FARMWKR/GRNHOUSE (Field Crew 11) | | 7. Housing Assignment (Offender) WIND 4 |
| 8. Rule Violated DEFIANCE, AGGRAVATED DISOBEDIENCE,,, | | 9. Rule Number 3, 5,,, | |

**10. Description of Incident (Include all relevant information):**

On the above date and time, I CSM. Dillon Tynes (Sun Keys) received an Inmate on Sun Unit due to a previous rule violation. I began questioning the inmate as to what his name and doc number was, to which the Inmate stated, " I aint telling you white people nothing, do your fucking job and figure it out ". I then gave him another order to surrender his name and doc number to which he refused to give me any information. At this time, he was then escorted to Sun 4R shower to be placed in INV/SEG. The Inmate was later found to be Jason Spikes (537025). Lt. Mandy McGehee and Capt. Larry Weary was notified.

**11. Offender Placed in Adm/Seg.** ◯ Yes ● No

| 12. Signature of reporting employee | 13. Name, Title, Assignment Tynes, Dillon, A |
|---|---|
| 14. Date of Report 03/30/2023 | 15. Time of Report 07:46 AM | 16. Report (copy) given to above Offender by: | 17. Offender's Signature: |

**18. Plea by Offender:** ☐ Not Guilty ☐ Guilty   **19. Rule / Verdict** ☐ Not Guilty ☐ Guilty

**20. Date of Hearing:**   **21. Counsel Substitute (Name & DOC Number)**

**22. Motions:**

**23. Reasons for Disposition:**
- ☐ Report is Clear and Precise
- ☐ Officer's version is determined to be more credible than inmate's
- ☐ Only defense is denying the contents of report
- ☐ The investigative officer's testimony was deemed more truthful and accurate that the inmate's
- ☐ Inmate's demeanor led the board to believe the inmate's testimony was untrue
- ☐ Other

- ☐ Lack of credible defense/Extled bom hide Statement
- ☐ Pled guilty/Accepted guilty plea
- ☐ Inmate presented no evidence to refute the charges
- ☐ Plea bargain

**24. Reasons for Sentence**
- ☐ Seriousness of Offense
- ☐ Poor conduct record
- ☐ Other

- ☐ The need to protect the institution employees or other
- A total of ___ Rule Violation(s). A total of ___ schedule B violations since ___.
- A total of ___ # ___ rule violations since ___.

**25. Sentence**   **26. Sentence** ☐ Suspended ___ Days
☐ Suspended   ☐ Imposed
☐ Imposed
___ Days

**27. DISCIPLINARY BOARD:** After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Dept. Reg. No. B-05-003 "Imposition of Restitution."

Chairman (Disciplinary Officer)                    Member

