UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | CIVIL ACTION |
| VERSUS | No. 18-08884 c/w Nos. 18-09422 18-10470 18-13668 |
| | REF: No. 18-08884 |
| **LOUISIANA STATE, ET AL.** | SECTION I |

## ORDER

Considering plaintiff Jason Jarrell Spikes' ("Spikes") seventh "motion for human liberty,"[1]

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, April 12, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 117. Spikes has previously filed six similar motions, all of which the Court has denied. R. Doc. Nos. 100, 105, 107, 111, 113, 115.