UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Jason J Spikes                     Civil Action
vs                                 No. 18-08884
Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED May 11 2023
CAROL L. MICHEL
CLERK
AJ                         Mail

Motion For Human Liberty

I went to court February April 25, 2023 on a Thursday. The state supposed to respond too this court Wednesday, April 06, 2023. Rayburn Correctional Center locked me up a few weeks ago and they will not let me use a phone to see what's going on with this Court situation. Every time I go Judge Creel keep talking about the 3rd Att Murder and P.W.I.D. Cocaine Charges. Under Civil Code Procedure Art 1235.1 Service on incarcerated person, they suppose to send all the pleading and orders threw the Warden on this facility but they won't let me talk to him or non of his disagree. Only thing is happening is I getting told I'm going to lose my life for filing the 2254 Writ of Habeas Corpus and telling this Court what's going on. I never go to the courtroom it's always a zoom hearing where Tammy Spears don't type what's going on in the courtroom, that's the deputy clerk of court. I might don't never get my pleadings. If I'm right could this Court send me a copy of the petition and any document that got attached to them. And I never signed no papers at the Summary Civil Trial.

Relief Requested
Could I get a copy of the petition and any papers attached to it

Certificate of Service
I have filed these papers by mailing to the defendant on May 8, 2023
Jason Spikes

TENDERED FOR FILING
MAY 11 2023 SP
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Sean J. Spikes
S37035
R.C.C.
27268 Hwy 21 N.
Angie, LA 70426

Eastern District of Louisiana
500 Poydras St.
New Orleans, LA. 70130

NOT CENSORED
Not Responsible for Contents

MAY 09 2023

Rayburn Correctional Center

NEW ORLEANS LA
9 MAY 2023 PM 2

ZIP 70426
02 4W
0000374756 MAY 09 2023
$ 000.60⁰
US POSTAGE and PITNEY BOWES

7013 0830 3215 0026