UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARRELL SPIKES** | CIVIL ACTION |
| VERSUS | No. 18-08884 <br> c/w <br> Nos. 18-09422 <br> 18-10470 <br> 18-13668 |
| | REF: No. 18-08884 |
| **LOUISIANA STATE, ET AL.** | SECTION I |

# ORDER

Before the Court is plaintiff Jason Jarrell Spikes' ("Spikes") eighth "motion for human liberty,"[1] which requests that the Court provide him with "a copy of the petition and any papers attached to it." It is unclear to the Court to what "petition and papers" Spikes refers. If Spikes means to request documents related to a state court proceeding, his request should be directed to that court. If Spikes means to request documents related to the above-captioned proceeding, he may re-urge his motion with more specificity.

**IT IS ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide Spikes with a copy of the docket report in this matter.

---

[1] R. Doc. No. 119. Spikes has previously filed seven similar motions, all of which the Court has denied. R. Doc. Nos. 100, 105, 107, 111, 113, 115, 117.

New Orleans, Louisiana, May 18, 2023.

                                              **LANCE M. AFRICK**
                                **UNITED STATES DISTRICT JUDGE**